UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| **MICHAEL FOSTER,** | : | **Case No. 1:04cv1032** |
| **Plaintiff,** | : | **JUDGE KATHLEEN O'MALLEY** |
| v. | : | |
| **GERALD T. McFAUL**, *et al.*, | : | **ORDER** |
| **Defendants.** | : | |

This matter arises on *Defendants' Motion for Order Directing Plaintiff to Comply with Rule 5 of the Federal Rules of Civil Procedure* (Doc. 84), in which the Defendants seek an order compelling the Plaintiff to serve on the Defendants all Court filings. Defendants' motion is **GRANTED**.

Pursuant to Federal Rule of Civil Procedure 5(a), and unless otherwise directed by the Court or excused from doing so by the Federal Rules of Civil Procedure, Plaintiff **SHALL SERVE** upon the Defendants true and accurate copies of all documents filed with the Court. This order retroactively applies to the 91 pages of exhibits to *Plaintiff's Motion for Sanctions* (Doc. 83), which Defendants represent (in Docs. 84 and 93) they still have not received. Plaintiff shall provide Defendants with the above-listed items withing 14 days of the date of this Order.

To the extent they deem it necessary, Defendants shall have 10 days from the date of receipt of the 91 pages of exhibits to supplement their opposition (Doc. 93) to the pending Motion for Sanctions (Doc. 83).

**IT IS SO ORDERED.**

s/Kathleen M. O'Malley
**KATHLEEN McDONALD O'MALLEY**
**UNITED STATES DISTRICT JUDGE**

**Dated: November 8, 2005**